IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * CASE NUMBER: 10-0598 BKT |
| PEDRO MARCOS DIAZ | * |
| DEBTOR(S) | * CHAPTER 13 (ASSET CASE) |

***********************************

## DEBTORS REPLY TO SCOTIABANK- MORTGAGE
## DIVISION MOTION FOR RELIEF OF STAY UNDER 362

**TO THE HONORABLE COURT:**

COMES now Debtor(s) represented by the undersigned counsel and respectfully Allege(s) and Pray(s) as follows:

1. That on June 29th, 2010, the creditor Scotiabank filed a Motion for Relief From Stay Under 362 based on the fact that debtor was in arrears for two alleged months.

2. Debtor is current with his mortgage payments. Enclosed Please find copy of all payments from the filing of the petition.

3. Based on the abovementioned, it is debtor's contention that Scotiabank otion turns into a moot one.

**WHEREFORE**, it is respectfully requested from this Honorable Court to GRANT the present Motion, therefore deny Scotiabank Division Motion for Relief of Stay under 362.

In San Juan, Puerto Rico, this 30th, day of July, 2010.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas, Vanessa Torres, Esq.** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED**

**/S/Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net







```
                              PAGO MENSUAL
                              MONTHLY PAYMENT
                              885.00

                              FECHA DE PAGO
                              PAY ON OR BEFORE
                              AGO 01-10

                              CTA. DE CHEQUE/ACCOUNT
                              09-101-001-9030187
```

Scotiabank
Transaction
04/16/2010
Scotiabank
ID: 201004160000063
PIN: Y

BILL PAYMENT

Payee
    SCOTIABANK MORTGg

Debit Account
    Transit
    Account Number
Cash In

TRANSACTION AMOUNT

Currency

FEE TOTAL

FEE PAYMENT TOTAL

Current Balance
45435/392619/D

APR 16 2010
TELLER 5

Scotiabank
Transaction
03/15/2010



Scotiabank

Transaction Record

05/14/2010
Scotiabank
ID: 20100514000213
PIN: N

DEPOSIT
75325/892817
INDIRECT SPL-COIN LOANS
Payment Trans.
Cash In

TRANSACTION AMOUNT

BILL PAYMENT

Payee
SCOTIABANK MORTGAGE -

Cheque
TRANSACTION AMOUNT

Currency
FEE TOTAL

closed

885.00

MAY 1 4 2010
TELLER 6
MANATI

09-101-001-9030187
AGO 01-10





07/30/2010
ScotiaBank
ID: 201007300000057
PIN: Y

BILL PAYMENT

Payee
SCOTIABANK MORTG/
Debit Account
Transit
Account Number

TRANSACTION AMOUNT

Currency

FEE TOTAL

FEE PAYMENT TOTAL
Current Balance
45435/392619/D

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-00598-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Fri Feb 19 08:07:45 AST 2010 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 07101-1270 |
| BANCO POPULAR DE PR<br>PO BOX 71375<br>SAN JUAN, PR 00936-8475 | BBVA BANCO<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 |
| DEPARTAMENTO DE HACIENDA<br>PASEO COVADONGA, NUM. 10<br>EDIF. INTENDENTE RAMIREZ<br>SAN JUAN, PR 00901-2613 | DEPARTAMENTO DEL TRABAJO<br>AVE. MUOZ RIVERA 505<br>HATO REY, PR 00918-3352 | FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 |
| FIA CARD SERVICES<br>PO BOX 15019<br>WILMINGTON, DE 19886-5019 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | MUEBLERIAS BERRIOS<br>PO BOX 674<br>CIDRA, PR 00739-0674 |
| PROPERTIES MANAGEMENT<br>COND. TORREVISTA<br>PO BOX 192221<br>SAN JUAN, PR 00919-2221 | RG PREMIER BANK<br>PO BOX 2510<br>GUAYNABO, PR 00970-2510 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MARILYN VALDES ORTEGA<br>VALDES-ORTEGA<br>P O BOX 195596<br>SAN JUAN, PR 00919-5596 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | PEDRO MARCOS DIAZ ORTIZ<br>EDIF. 12 APT. 1202<br>COND. TORRE VISTA<br>VEGA BAJA, PR 00693 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE. STOP 27 1/2
SAN JUAN, PR 00918-1693


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DIAZ ORTIZ, PEDRO MARCOS

End of Label Matrix
Mailable recipients    17
Bypassed recipients     1
Total                  18